UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlas Data Privacy Corporation, et al., | |
| *Plaintiff* | Civil Action No. 2:24-cv-4299 |
| *v.* | |
| Spokeo, Inc., et al., | |
| *Defendant* | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Spokeo, Inc. _____,
is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Joshua N. Howley _____
Signature of Attorney

One Riverfront Plaza _____
Address

Newark, NJ 07102 _____
City/State/Zip

March 27, 2024 _____
Date