# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOKEO, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>*Defendants*. | Civil Action No. 2:24-cv-4299<br><br>**APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending the time within which Defendant Spokeo, Inc. ("Spokeo") must respond to the complaint to April 17, 2024.

1. Plaintiffs filed their complaint in the Superior Court of New Jersey, Law Division, Morris County, on February 6, 2024.

2. Plaintiffs served Spokeo on February 26, 2024.

3. Spokeo filed a Notice of Removal removing this case to this Court on March 27, 2024.

4. Under Federal Rule of Civil Procedure 81(c)(2)(C), Spokeo's response to the complaint is due by April 3, 2024.

1

5. Local Civil Rule 6.1(b) provides that the Clerk may extend the time within which a defendant must respond to a complaint by fourteen days.

6. No previous extension has been sought or granted.

7. Spokeo respectfully requests that the Clerk extend the time within which Spokeo must respond to the complaint by fourteen days and order that Spokeo's response to the complaint is due by April 17, 2024.

| | |
|---|---|
| DATED:  March 27, 2024 | Respectfully submitted, |
| | /s/ *Joshua N. Howley* |
| | Joshua N. Howley<br>SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(973) 643-7000<br>jhowley@sillscummis.com |
| | Andrew J. Pincus*<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3000<br>apincus@mayerbrown.com |
| | John Nadolenco*<br>Daniel D. Queen*<br>MAYER BROWN LLP<br>333 S Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-9500<br>jnadolenco@mayerbrown.com |
| | Benjamin D. Bright*<br>Jonathan D. Stahl*<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500<br>bbright@mayerbrown.com |

*pro hac vice* motions forthcoming

*Attorneys for Defendant Spokeo, Inc.*

## **ORDER**

**IT IS HEREBY ORDERED** that the above application is **GRANTED** and defendant Spokeo, Inc.'s time to answer, move or otherwise reply to the Complaint is extended 14 days from April 3, 2024 through and including April 17, 2024.

ORDER DATED:_____

By:_____
           Deputy Clerk