**SILLS CUMMIS & GROSS P.C.**
Joshua N. Howley
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-5341
Facsimile: (973) 643-6500
jhowley@sillscummis.com

*Counsel for Defendant Spokeo, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOKEO, INC., *et al*,<br><br>*Defendants*. | Civil Action No. 1:24-cv-04299-EP-MAH<br><br>**NOTICE OF UNOPPOSED MOTION FOR THE ADMISSION *PRO HAC VICE* OF DANIEL D. QUEEN** |

**PLEASE TAKE NOTICE** that on May 6, 2024, Defendant Spokeo, Inc. ("Spokeo"), by and through its undersigned attorney, shall move the Court for entry of an Order pursuant to Local Civil Rule 101.1(c) admitting Daniel D. Queen, Esq., as counsel *pro hac vice* on behalf of Spokeo in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Spokeo relies on the accompanying Certification of Joshua N. Howley, Esq., and Certification of Daniel D. Queen, Esq.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is annexed hereto in compliance with Local Civil Rule 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that Spokeo waives oral argument.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d), Spokeo respectfully submits that no brief is necessary in connection with this motion because the motion does not raise an issue of law, and because Plaintiffs' counsel informed counsel for Spokeo that Plaintiffs do not oppose this motion.

Dated: April 12, 2024

Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**

By: */s/ Joshua N. Howley*
Joshua N. Howley

One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-5341
Facsimile: (973) 643-6500
jhowley@sillscummis.com

*Counsel for Defendant Spokeo, Inc.*

## **CERTIFICATE OF SERVICE**

I, Joshua N. Howley, Esq., hereby certify that on April 12, 2024, I caused a copy of the Notice of Motion for the Admission *Pro Hac Vice* of Daniel D. Queen, Esq., supporting Certifications, the Proposed Order, and this Certificate of Service to be served upon all counsel of record via the Court's electronic filing system.

Dated: April 12, 2024                              By: */s/ Joshua N. Howley*
                                                   Joshua N. Howley