UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOKEO, INC., *et al*,<br><br>*Defendants*. | Civil Action No. 1:24-cv-04299-EP-MAH<br><br>**CERTIFICATION IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN D. STAHL, ESQ.** |

I, JONATHAN D. STAHL, hereby certify as follows:

1. I am an attorney-at-law in the State of New York and an associate at the law firm of Mayer Brown LLP, with offices located at 1221 Avenue of the Americas, New York, NY 10020.

2. Defendant Spokeo, Inc. ("Spokeo") has requested to be represented by Mayer Brown LLP in the above-captioned matter and that I participate in the litigation. I submit this Certification in support of Spokeo's application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c), for purposes of appearing and participating on behalf of Spokeo in this matter.

3. I am a member in good standing of the Bar of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, where I was admitted to practice on July 27, 2020, and I have remained fully qualified and in good standing to practice since that date. The official address maintaining the roll of the members of the Bar of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department bar is: Susanna Rojas, Clerk of Court, 27 Madison Avenue, New York, NY 10010. A copy of my Certificate of Good Standing is attached as Exhibit A.

4. My fitness to practice law has not been challenged, and no charges or complaints alleging improper professional conduct have ever been filed against me. I am not under suspension

or disbarment by any court, no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction.

5. I am fully familiar with the factual, technical, and legal issues involved in this case.

6. I am not admitted to practice in the State of New Jersey.

7. I am associated in this matter with Joshua N. Howley of the firm of Sills Cummis & Gross P.C. Mr. Howley is admitted to and a member in good standing of the Bar of the State of New Jersey and the Bar of this Court. I shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record who is authorized to practice before this Court and all notices, orders, and pleadings may continue to be served on Mr. Howley.

8. I am aware that if I am admitted *pro hac vice* that I will be within the disciplinary jurisdiction of this Court and affirm that I will abide by the requirements of Local Civil Rule 101.1(c).

9. I have also reviewed the Local Civil Rules of the United States District Court for the District of New Jersey including, but not limited to, the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys, and shall comply with said rules, including all disciplinary rules.

10. I am aware that if I am admitted *pro hac vice*, I must make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty days from the date of my admission to this Court *pro hac vice*, and I shall continue to pay the annual fee for each year in which I continue to represent a client in any matter pending in this Court. I will also make the necessary payment of $250.00 required by Local Civil Rule 101.1(c)(3) to the Clerk of this Court in connection with my admission for this case.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 15, 2024                          By: _____
                                                                             Jonathan D. Stahl