**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>SPOKEO, INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.  1:24-cv-04299-HB<br><br>Judge: Hon. Harvey Bartle III<br><br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES LEE** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of JAMES LEE, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case.  I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Lee's Certification and a proposed order are submitted herewith.

Dated April 16, 2024

By:    *s/ Rajiv D. Parikh*
        Rajiv D. Parikh
        PEM Law LLP
        1 Boland Drive, Suite 101
        West Orange, NJ 07052
        Telephone: 973-577-5500
        Email: rparikh@pemlawfirm.com