IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY          :      CIVIL ACTION
CORPORATION, ET AL.         :
                            :      NO. 24-04299
        v.                  :
                            :
SPOKEO, INC., ET AL.        :

ORDER

AND NOW on this __24th__ day of ___April___, 2024 it is hereby ORDERED that the documents filed as a motion (ECF#'s: 8,9,10,11, & 12) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).

BY THE COURT:

_Harvey Bartle III_
                                        J.