# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>SPOKEO, INC., *et al*,<br><br>  *Defendants*. | Civil Action No. 1:24-cv-04299-HB<br><br>**SPOKEO'S MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL D. QUEEN** |

Pursuant to Local Civil Rule 101.1(c), Joshua N. Howley, counsel to Defendant Spokeo, Inc. ("Spokeo"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of Daniel D. Queen, attorney at Mayer Brown LLP, to serve as co-counsel to Spokeo.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Queen's Certification and a proposed order are submitted herewith.

Dated: April 25, 2024 Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**

By: _/s/ Joshua N. Howley_
Joshua N. Howley

One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-5341
Facsimile: (973) 643-6500
jhowley@sillscummis.com

*Counsel for Defendant Spokeo, Inc.*

## CERTIFICATE OF SERVICE

      I, Joshua N. Howley, hereby certify that on April 25, 2024, I caused a copy of the foregoing motion and attachments thereto to be served upon all counsel of record via the Court's electronic filing system.

Dated: April 25, 2024     By: */s/ Joshua N. Howley*
                                                    Joshua N. Howley