UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SPOKEO, INC., *et al*,<br><br>*Defendants*. | Civil Action No. 1:24-cv-04299-HB<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW J. PINCUS** |

This matter having been brought before this Court on a motion for admission *pro hac vice*, and this Court having reviewed the moving papers of the applicant, Andrew J. Pincus, and considered this matter pursuant to Federal Rule of Civil Procedure 78, and Local Civil Rule 101.1(c), and good cause having been shown; it is

**ORDERED** that Andrew J. Pincus be permitted to appear *pro hac vice*, provided that pursuant to Local Civil Rule 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file paper, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders; and it is further

**ORDERED** that Andrew J. Pincus make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which Mr. Pincus continues to represent Spokeo, Inc., before this Court; and it is further

**ORDERED** that Andrew J. Pincus shall pay the $250.00 fee required by Local Civil Rule 101(c)(3) for *pro hac vice* admission to the Clerk, United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five days of its date of entry.

**IT IS SO ORDERED**.

Dated: April 29th, 2024

*Harvey Bartle III*
HON. HARVEY BARTLE III
United States District Judge

2