UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                     **DATE OF PROCEEDINGS: 05/07/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell     **DOCKET #**   CV 24-4299 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
                v.
SPOKEO, INC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:34 PM                  Time Adjourned: 3:36 PM

Total:  2 minutes

                                          s/ *David Bruey*
                                          **DEPUTY CLERK**