UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiff(s), | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |
| v. |  |
| Defendant(s) | Civil Action No. |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name: _____

Address: _____

_____

_____

_____

E-mail: _____

(One email address only)