# S ILLS  C UMMIS  &  G ROSS

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: (973) 643-7000**
**Fax: (973) 643-6500**

**Joshua N. Howley**
**Member of the Firm**
Direct Dial: (973) 643-5341
E-mail: jhowley@sillscummis.com

101 Park Avenue, 28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

June 10, 2024

<u>**VIA ECF ONLY**</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    ***Atlas Data Privacy Corp., et al. v. Spokeo, Inc., et al.* (No. 1:24-cv-4299) – Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

     On behalf of Spokeo, Inc. ("Spokeo"), the defendant in the above-referenced matter, we write to advise the Court that Spokeo joins the Consolidated Motion to Dismiss Brief that was filed today under Dkt. No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Holdings, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Spokeo respectfully requests that the Court grant that motion and dismiss Plaintiffs' complaint in this matter with prejudice.

                          Respectfully submitted,

                          /s/ *Joshua N. Howley*

                          JOSHUA N. HOWLEY

cc:     All counsel of record (via ECF only)