# S ILLS  C UMMIS  &  G ROSS

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
**Tel: (973) 643-7000**
**Fax: (973) 643-6500**

**Joshua N. Howley**
**Member of the Firm**
**Direct Dial: (973) 643-5341**
**E-mail: jhowley@sillscummis.com**

101 Park Avenue, 28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

November 18, 2024

<u>**VIA CM/ECF**</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:   ***Atlas Data Privacy Corp., et al. v. Spokeo, Inc., et al.***
>        **Civil Action No. 1:24-cv-4299-HB**

Dear Judge Bartle:

This firm, along with Mayer Brown LLP, represents defendant Spokeo, Inc. ("Spokeo") in the above-referenced matter. Spokeo previously joined in (1) the Defendants' Consolidated Brief in Opposition to Plaintiffs' Motion for Remand filed under Dkt. No. 53 in the action captioned *Atlas Data Privacy Corp. v. Carco Group Inc.*, Case No. 24-cv-4077, and (2) the Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Remand filed under Dkt. No. 59 in the action captioned *Atlas Data Privacy Corp. v. Blackbaud, Inc.*, Case No. 24-cv-3993. Those briefs were not separately filed on the docket for this action. Therefore, for the avoidance of doubt, and at the suggestion of the Court's clerk, we are submitting this letter to confirm Spokeo's joinder in those two briefs and Spokeo's request that the Court deny Plaintiffs' Motion for Remand for the reasons stated therein.

Respectfully submitted,

/s/ *Joshua N. Howley*

JOSHUA N. HOWLEY

cc:   All counsel of record (via CM/ECF)