## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                        Plaintiff,

v.                                          Case No.: 1:24−cv−04299−HB
                                          Judge Harvey Bartle (EDPA), III

SPOKEO, INC, et al.

                        Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963−0910

State No: MRS−L−000227−24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                    Very truly yours,

                                                    CLERK OF COURT
                                                    By Deputy Clerk, lm

encl.
cc: All Counsel